IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America Ex<br>Rel Winston George Thomas | : | |
| | : | CIVIL ACTION NO.02-4695 |
| Petitioner, | : | |
| | : | |
| vs. | : | |
| | : | |
| Charles Zemski, INS | : | |
| | : | |
| Respondents. | : | |
| | : | |
| | : | |
| | : | |

ENTRY OF APPEARANCE

        Kindly enter my appearance on behalf of the Respondent in the above-captioned matter.


_____
STEPHEN J.  BRITT
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8443


Dated: July 22, 2002

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served by first-class United States mail, postage prepaid, upon the following:

Winston George Thomas
Berks County Prison
1287 County Welfare Road
Leesport, PA 19533-9397

Pro se


_____
STEPHEN J. BRITT
Assistant United States Attorney

Dated: July 22, 2002