IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| ex rel. WINSTON GEORGE THOMAS | : | |
| v. | : | |
| CHARLES ZEMSKI | : | NO. 02-4695 |

<u>ORDER</u>

AND NOW, this _____ Day of July, 2002, leave is granted Petitioner to proceed in forma pauperis, for the purpose of all proceedings in this court and also for purposes of filing of a notice of appeal.

HARVEY BARTLE, III, J.