IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| ex rel WISTON GEORGE THOMAS | : | |
| | : | |
| v. | : | |
| | : | |
| CHARLES ZEMSKI | : | NO. 02-4695 |

<u>ORDER</u>

AND NOW, this      day of August, 2002, it is hereby ORDERED that:

(1) the United States shall file and serve, on or before August 23, 2002, a response to the Petition of Wiston George Thomas for a writ of habeas corpus under 28 U.S.C. § 2241; and

(2) a hearing on petitioner's writ of habeas corpus will be held on August 27, 2002 at 10:00 A.M.

BY THE COURT:

_____
J.